IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 01-71525 |
| | : | |
| QOS NETWORKS, INC., | : | CHAPTER 11 |
| | : | |
| Debtor. | : | JUDGE MASSEY |

**UNITED STATES TRUSTEE'S APPLICATION FOR
<u>APPROVAL OF APPOINTMENT OF CHAPTER 11 TRUSTEE</u>**

COMES NOW the United States Trustee for Region 21 and pursuant to Federal

Rule of Bankruptcy Procedure 2007.1(c) moves this Court to approve his appointment of a

Chapter 11 Trustee in the above-captioned case.  More particularly, the United States Trustee

states as follows:

1.      The United States Trustee has selected the following person for appointment as

Chapter 11 Trustee: S. Gregory Hays, Hays Financial Consulting, LLC, 2221 Peachtree Street,

Suite D607, Atlanta, GA 30309.

2.      Prior to making the appointment, the United States Trustee and/or his designee

consulted with the following parties in interest: Eric J. Breithaupt, Esq., counsel for the Official

Committee of Unsecured Creditors in the case, and James Valentine, CEO of the Debtor.

3.      To the best of the United States Trustee's knowledge, the appointed Chapter 11

Trustee has the following connections with the debtor, creditors, other parties in interest, their

respective attorneys and accountants, the United States Trustee, and/or persons employed by the

United States Trustee:  None.

WHEREFORE, the United States Trustee respectfully moves the Court to approve the

appointment of S. Gregory Hays as Chapter 11 Trustee.

C. DAVID BUTLER
United States Trustee


   /s/

JAMES H. MORAWETZ
Senior Attorney
Georgia Bar No. 288550


Office of the United States Trustee
362 Richard Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

(404) 331-4437

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          :                CASE NO: 01-71525
                                                :
QOS NETWORKS, INC.,                             :                CHAPTER 11
                                                :
              Debtor.                           :                JUDGE MASSEY

## VERIFIED STATEMENT TO ACCOMPANY UNITED STATES TRUSTEE'S APPLICATION FOR APPROVAL OF APPOINTMENT OF TRUSTEE

        I, S. Gregory Hays, the undersigned, hereby state the following under penalty of perjury as a condition of my appointment as Trustee in the above-captioned case:

        I have the following connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee for Region 21, and/or any person employed in the Office of the United States Trustee:


        None


        Dated this  13th  day of December, 2001.


                                        _____
                                        S. GREGORY HAYS
                                        Hays Financial Consulting, LLC
                                        2221 Peachtree Street, Suite D607
                                        Atlanta, GA 30309

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing UNITED STATES TRUSTEE'S APPLICATION FOR APPROVAL OF APPOINTMENT OF CHAPTER 11 TRUSTEE and attached VERIFIED STATEMENT OF APPOINTED CHAPTER 11 TRUSTEE were this day sent by U.S. Mail, properly addressed and with correct postage, to the following:

S. Gregory Hays
Hays Financial Consulting, LLC
2221 Peachtree Street, Suite D607
Atlanta, GA 30309

Paul M. Rosenblatt
Kilpatrick Stockton LLP
1100 Peachtree St., Suite 2800
Atlanta, GA 30309-4530

Eric J. Breithaupt, Esq.
Christian & Small, LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203

QOS Networks, Inc.
ATTN: James Valentine, CEO
101 Marietta Street, Suite 2600
Atlanta, GA 30303

DONE this the __14th__ day of December, 2001.

_____/s/_____
JAMES H. MORAWETZ
Senior Attorney